# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID ALAN METCALFE,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80291

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for reconsideration. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022-23, 900 P.2d 344, 344-45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                              Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-03241

cc:   Hon. Robert W. Lane, District Judge
David Alan Metcalfe
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A